UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

FLOYD DUNBAR

CRIMINAL ACTION

NO. 04-155-JJB

**RULING ON MOTION FOR MODIFICATION OF SENTENCE**

This matter is before the court on defendant's motion (doc. 64) for modification of his sentence under 18 U.S.C. §3582(c)(2), as supplemented by his letter (doc. 65) of April 10, 2010.

The court has carefully considered defendant's arguments. Defendant's constitutional challenge lacks merit and overlooks the fact that the court sentenced defendant pursuant to *U.S. v. Booker*, 543 U.S. 220 (2005). Defendant's arguments relative to his being classified as a career offender (pursuant to USSG §4B1.1) were previously raised and rejected when the court sentenced defendant. The court fails to find any factual or legal grounds to support defendant's motion.

Accordingly, the motion (doc. 64) for modification of sentence is hereby DENIED.

Baton Rouge, Louisiana, October 28th, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1