UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

FLOYD IRVIN DUNBAR

CRIMINAL ACTION

NO. 04-155-JJB-SCR

**RULING ON REPORT AND RECOMMENDATION**

This matter is before the Court on a Motion (doc. 88) to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, Floyd Irvin Dunbar. The Motion is opposed (doc. 96) by the United States. The Court has carefully considered the motion, the record, the applicable law, and the Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated June 24, 2014. The Magistrate Judge recommended (doc. 97) that the Motion be dismissed as untimely and because his claims are barred by his Plea Agreement. The Petitioner has filed an objection (doc. 98). The Court finds that the Magistrate Judge's findings of fact and conclusions of law are all correct. The Petitioners' objection merely restates his arguments and disputes the facts presented by the United States. There is no need to further address the Petitioners' arguments as they have been duly considered and properly resolved by the Magistrate Judge.

After review, the Court hereby **APPROVES and ADOPTS** the Report and Recommendation (doc. 97) of the Magistrate Judge. Accordingly, the Motion (doc. 88) to Vacate, Set Aside, or Correct Sentence is **DISMISSED,** with prejudice, as untimely and because his claims are barred by his Plea Agreement. A certificate of appealability is **DENIED.**

Signed in Baton Rouge, Louisiana on July 18th, 2014.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1